## SLEMMER v. WRIGHT.

VENUE: CHANGE OF: ATTORNEY.

*Appeal from Bremer District Court.*

MONDAY, JUNE 11.

THE defendant is an attorney, practicing in the courts of this State, and this proceeding was brought for the purpose of disbarring him. There was a trial, judgment, and defendant appeals.

*W. H. McClure* and *Pollock & Shields*, for appellant.

*Gray, Dougherty & Gibson, M. E. Billings & Co.* and *Smalley & Smalley*, for appellee.

SEEVERS, J.—At the proper time the defendant made an application for a change of the place of trial. The application was in all respects in due and proper form as required in civil actions. The application was overruled. This ruling constitutes error. *The State v. Clarke*, p. 155, *ante*.

REVERSED.